349 A.2d 913
COMMONWEALTH of Pennsylvania
v.
Christopher LAMBERT, Appellant.
Supreme Court of Pennsylvania.
Jan. 29, 1976.

Stanley M. Shingles, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Order affirmed.